IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOXTUR ANALYTICS CORP., an Ontario corporation (Canada); APPRAISERS NOW, LTD., an Alberta corporation (Canada) and APPRAISERS NOW US, LLC, a Delaware limited liability company,<br><br>      Plaintiffs,<br><br>v.<br><br>MARTY HALDANE, an individual; AUTOMATIONRE INC., an Alberta corporation (Canada); AUTOMATIONRE (U.S.) INC., a Delaware corporation; DWELLING BLOCKS, LLC., a Delaware limited liability company; VIACHESLAV MEDNIKOV, an individual; RYAN DIAL, an individual; OLENA OVCHARENKO, an individual; and DOES 1 through 10,<br><br>      Defendants. | C.A. No. 25-742-GBW |

## **PLAINTIFFS' RENEWED MOTION FOR TEMPORARY RESTRAINING ORDER**

Pursuant to Fed. R. Civ. P. 65, Plaintiffs Voxtur Analytics Corp., Appraisers Now, Ltd., and Appraisers Now US, LLC  respectfully move for a temporary restraining order against Defendants Marty Haldane, AutomationRE Inc., AutomationRE (U.S.) Inc., Dwelling Blocks, LLC, Viacheslav Mednikov, Ryan Dial, and Olena Ovcharenko. The grounds for this motion are fully set forth in the Opening Brief filed herewith.

| | |
|---|---|
| OF COUNSEL:<br><br>Marisa B. Miller<br>Jesse A. Salen<br>Sofya Asatryan<br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON LLP<br>12275 El Camino Real, Suite 100<br>San Diego, California 92130-4092<br>(858) 720-8900<br><br>Bradley C. Graveline<br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON LLP<br>321 N. Clark St., Suite 3100<br>Chicago, Illinois  60654<br>(312) 499-6316<br><br>July 11, 2025 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ *Philip A. Rovner*<br>   Philip A. Rovner (#3215)<br>   Nicole K. Pedi (#6236)<br>   Hercules Plaza<br>   P.O. Box 951<br>   Wilmington, DE 19899<br>   (302) 984-6000<br>   provner@potteranderson.com<br>   npedi@potteranderson.com<br><br>*Attorneys for Plaintiffs* |