IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOXTUR ANALYTICS CORP., an Ontario corporation (Canada); APPRAISERS NOW, LTD., an Alberta corporation (Canada) and APPRAISERS NOW US, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MARTY HALDANE, an individual; AUTOMATIONRE INC., an Alberta corporation (Canada); AUTOMATIONRE (U.S.) INC., a Delaware corporation; DWELLING BLOCKS, LLC., a Delaware limited liability company; VIACHESLAV MEDNIKOV, an individual; RYAN DIAL, an individual; OLENA OVCHARENKO, an individual; and DOES 1 through 10,<br><br>Defendants. | C.A. No. 25-742-GBW |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' RENEWED MOTION FOR
TEMPORARY RESTRAINING ORDER**

Upon the Plaintiffs' Renewed Motion for Temporary Restraining Order dated July 11, 2025 and any opposition thereto, the Court, having considered the papers submitted and the oral argument presented by counsel, HEREBY ORDERS THAT:

A.  Plaintiffs' Motion is GRANTED.

B.  Plaintiffs' Request for expedited discovery limited to the source code used by Defendants for the Dwelling Blocks platform is GRANTED.

C.  Defendants MARTY HALDANE, an individual; AUTOMATIONRE INC., an Alberta corporation (Canada); AUTOMATIONRE (U.S.) INC., a Delaware corporation; DWELLING BLOCKS, LLC, a Delaware limited liability company; VIACHESLAV

MEDNIKOV, an individual; RYAN DIAL, an individual; OLENA OVCHARENKO, an individual; and anyone working in concert with them, are TEMPORARILY RESTRAINED AND ENJOINED from:

> (1) directly or indirectly, on behalf of itself or any other individual or entity, further accessing, disclosing, or using any of Plaintiffs' Trade Secrets or confidential information; and
>
> (2) directly or indirectly, on behalf of itself or any other individual or entity, from further using, importing, marketing, distributing, licensing, offering for sale, or selling the Knock-Off Software, and from otherwise directly or indirectly infringing Anow U.S.'s Copyrighted Software, including but not limited to, reproducing, distributing, licensing, and/or creating further derivative works.

C. Defendants shall preserve and segregate all such information and related documentations, including accompanying communications.

D. Defendants shall certify its compliance with the above conditions by close of business on _____.

**IT IS SO ORDERED.**

Dated:_____                   _____
                                                                                   THE HONORABLE GREGORY B. WILLIAMS