# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOXTUR ANALYTICS CORP., an Ontario corporation (Canada), APPRAISERS NOW, LTD., an Alberta corporation (Canada) and APPRAISERS NOW US, LLC, a Delaware limited liability company | )<br>)<br>)<br>)<br>) C.A. No. 25-742-GBW-SRF<br>) |
| Plaintiffs, | ) **JURY TRIAL DEMANDED** |
| v. | ) |
| MARTY HALDANE, an individual; AUTOMATIONRE INC., an Alberta corporation (Canada), AUTOMATIONRE (U.S.) INC., a Delaware corporation; DWELLING BLOCKS, LLC, a Delaware limited liability company; VIACHESLAV MEDNIKOV, an individual; RYAN DIAL, an individual; OLENA OVCHARENKO, an individual; and DOES 1 through 10, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**JOINT MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTES**

Defendants AutomationRE (U.S.) Inc. and Dwelling Blocks, LLC (collectively "Defendants"), and Plaintiffs Voxtur Analytics Corp., Appraisers Now, Ltd. and Appraisers Now US, LLC's (collectively "Plaintiffs"), respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

- Defendants object to Plaintiffs' proposed redactions to Defendants' counterclaims.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (in person and/or by telephone) on September 24, 2025:

    Defendants' Delaware Counsel:    Benjamin J. Schladweiler, Esq.

    Defendants' Lead Counsel:    Gregory S. Bombard, Esq.

    Plaintiffs' Delaware Counsel:    Nicole Pedi, Esq.

Plaintiffs' Lead Counsel:		Jesse Salen, Esq.

The parties are available for a teleconference on the following dates: October 3; October 8 (at the already scheduled TRO hearing); October 10; October 12.

| | |
|---|---|
| */s/ Nicole K. Pedi* | */s/ Benjamin J. Schladweiler* |
| Philip A. Rovner (#3215) | Benjamin J. Schladweiler (#4601) |
| Nicole K. Pedi (#6236) | Renée Mosley Delcollo (#6402) |
| POTTER ANDERSON & CORROON LLP | GREENBERG TRAURIG, LLP |
| Hercules Plaza, P.O. Box 951 | 222 Delaware Ave., Suite 1600 |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 984-6000 | (302) 661-7000 |
| provner@potteranderson.com | schladweilerb@gtlaw.com |
| npedi@potteranderson.com | renee.delcollo@gtlaw.com |
| | |
| *Attorneys for Plaintiffs* | *Counsel for Defendants AutomationRE (U.S.) Inc. and Dwelling Blocks, LLC* |

Dated:  September 26, 2025